IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| BRENT CHRISTOPHER BOWMAN | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration | : | NO. 18-1354 |

FILED
NOV 13 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 13 day of Nov, 2018, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review, defendant's Response to Request for Review of Plaintiff, and plaintiff's reply thereto, and after review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, and plaintiff's objections, it is hereby

**ORDERED**

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. Plaintiff's Request for Review is **DENIED**.

3. The Clerk of Court is hereby directed to mark this case closed.

BY THE COURT:

_____
BERLE M. SCHILLER,    J.